Kempf *et al. v.* Union Saving and Loan Association.

Judgment affirmed.

Filed November 20, 1895.

No 1,782.

KEMPF ET AL.*v.* UNION SAVING AND LOAN ASSOCIATION.

ASSIGNMENT OF ERRORS.—*Joint Assignment By Parties.*—An assignment of error jointly, made by all the defendants in an action, assigning as error the sustaining of a demurrer to the answers of a part only of such defendants, not being good as to the others, must fail *in toto.*

From the Marion Superior Court.

*J. M. Cropsey* and *E. Marshall,* for appellants.

*McCullough & Spaan* and *F. J. Reinhard,* for appellee.

DAVIS, J.—The judgment from which this appeal is prosecuted was rendered upon a bond, in which Kempf was principal and the other appellants were sureties. The appellants Hess, Ebricht and Meyer, answered separately each from the other.

The only error discussed by counsel for appellants is the following: "Come now the appellants in the above entitled cause, Robert Kempf, Casper Hess, August Ebricht and Frederick A. Meyer, and assign for error herein, the following, to-wit:

1. The court at special term erred in sustaining the demurrer of the plaintiff to the fourth and sixth para-

graph of the separate answer of the defendants Hess, Ebricht, and Meyer."

The rule is well settled that when several parties unite in a joint assignment of error, they will encounter defeat, unless the assignment is good as to all. Elliott App. Proced., section 318. *Arbuckle* v. *Swim*, 123 Ind. 208 ; *Bower* v. *Bowen*, 139 Ind. 31, 35 ; *Town of Ladoga* v. *Linn*, 9 Ind. App. 15 ; *Wall* v. *Bagby*, 126 Ind. 372.

Therefore no question is presented for our consideration.

Judgment affirmed.

Filed November 20, 1895.